

# Fourth Court of Appeals
## San Antonio, Texas

September 2, 2022

No. 04-22-00326-CV

Zulema J. **GARZA**,
Appellant

v.

Zulema J. **GARZA**, Jose Juan Garza, II, Andres Garza, Alejandro Garza, and Gabriel Garza,
Appellees

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2020-CVK-002209-D1
Honorable Joe Lopez, Judge Presiding

# O R D E R

The reporter's record was due by July 11, 2022, but it was not filed. On July 29, 2022, we ordered the court reporter to file the record by August 24, 2022. On September 1, 2022, the court reporter filed a notification of late record, requesting an extension until September 12, 2022. After consideration, we **grant** the court reporter's request for an extension, and we **order** the court reporter to file the record **by September 12, 2022.**

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of September, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court